### MARIA PENA *v.* JOAN C. PETANO

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 752 (AC 31924), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Timothy Sheehan*, in support of the petition.

Decided December 15, 2010

### STATE OF CONNECTICUT *v.* EDWIN M.

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 707 (AC 30481), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Arnold V. Amore*, special public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided January 4, 2011